KATHERINE McLEAN, PROSECUTRIX-APPELLANT, v. HOWARD MACKAY, JUDGE OF THE COURT OF COMMON PLEAS OF BERGEN COUNTY, AND BOROUGH OF MAYWOOD, RESPONDENTS-APPELLEES.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Abram Waks* (*Paul Rittenberg,* of counsel).

For the appellees, *George S. Sauerbrey* (*Milton T. Lasher,* of counsel).

PER CURIAM.

The facts in the instant appeal and the procedure below are substantially similar to those in *Town of Irvington* v. *Schneider,* 120 *N. J. L.* 460; 121 *Id.* 542, the latter being the opinion of this court. In that case the conviction of defendant was affirmed in this court. Upon appeal to the United States Supreme Court, the judgment of conviction was

reversed. *Clara Schneider, Petitioner,* v. *State (Town of Irvington), (United States Supreme Court, No.* 11, 1939 *Term),* 84 *L. Ed. Advance Opinions* 115. We consider the judgment of the United States Supreme Court in that case to be conclusive upon us in the instant appeal and that we must, therefore, reverse the judgment of our Supreme Court herein.

The judgment appealed from is reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, TRENCHARD, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, HAGUE, JJ. 12.